# Order

Michigan Supreme Court
Lansing, Michigan

July 6, 2021

Bridget M. McCormack,
Chief Justice

162277 (62)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RAY LAZELL JACKSON,
    Defendant-Appellant.

SC: 162277
COA: 348678
Oakland CC: 2018-267054-FC

_____/

    On order of the Court, the motion for reconsideration of this Court's April 27, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



Clerk

a0628